UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FRANCES C. LANGE**,                   Case No. 6:15-cv-00596-KI

         Plaintiff,                       JUDGMENT

     v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

         Defendant.

     Katherine L. Eitenmiller
     Mark A. Manning
     Harder, Wells, Baron & Manning P.C.
     474 Willamette, Ste 200
     Eugene, OR 97401

         Attorneys for Plaintiff

     Billy J. Williams
     United States Attorney
     District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this   14th   day of March, 2016.


                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge